**Order filed February 7, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00930-CV
_____

**AMELIA V. KELLY, Appellant**

**V.**

**MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellees**

On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 13-CV-0167

## O R D E R

Appellant's brief was due January 15, 2014. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 10, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM